UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LONG DUC MANG,

    Plaintiff,

v.                                             Case No. 8:22-cv-01115-TPB-AEP

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff Long Duc Mang brought this action against Defendant United States Citizenship and Immigration Services ("USCIS") and petitioned the Court for an amendment to his certificate of naturalization to reflect his correct birthdate (Doc. 1). In his complaint, Plaintiff indicated his petition for amendment was uncontested (Doc. 1 at 1). After Defendant failed to appear, Plaintiff moved for default judgment (Doc. 14). At the Court's direction, Defendant responded to Plaintiff's motion and confirmed that the "United States does not oppose this request to order U.S. Citizenship and Immigration to amend its certificate of naturalization to show his correct date of birth as March 20, 1936." (Doc. 16).

For the foregoing reasons, it is hereby

RECOMMENDED:

1.     Plaintiff's motion for default judgment (Doc. 14) be GRANTED.

2. The Court direct USCIS to amend Plaintiff's certificate of naturalization to reflect his correct birthdate, March 20, 1936.

IT IS SO REPORTED in Tampa, Florida, this 2nd day of September, 2022.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

### NOTICE TO PARTIES

A party has fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1). **Should the parties wish to expedite the resolution of this matter, they may promptly file a joint notice of no objection.**

cc:   Hon. Thomas P. Barber
      Counsel of Record