UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LONG DUC MANG,

    Plaintiff,

v.                                                    Case No. 8:22-cv-1115-TPB-AEP

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the report and recommendation of Anthony E. Porcelli, United States Magistrate Judge. (Doc. 17). Judge Porcelli recommends the Court grant Plaintiff's Motion for Default Judgment (Doc. 14). The parties do not object. (Doc. 16).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994);

*Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

After careful consideration of the record, including Judge Porcelli's report and recommendation, the Court adopts the report and recommendation. The motion is granted.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Porcelli's report and recommendation (Doc. 17) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. Plaintiff's motion for default judgment (Doc. 14) is **GRANTED**. The Clerk is directed to enter judgment for Plaintiff and against defendant.

3. The Court directs USCIS to amend Plaintiff's certificate of naturalization to reflect his correct birthdate, March 20, 1936.

4. The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 22nd day of September, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**